**RE: Jasmine E. Golden v. NCA&T**
**On January 17th, 2023:**

FILED
2023 JAN 17 P 5:06
GUILFORD CO., C.S.C.
BY

I was hired with OARS at NCA&T for a contract period of August 18, 2022 to June 30, 2023 – one of only three temp employees hired within a one-month period at that time. The only other employee in the department was a part-time grad student assistant and an Interim Provost acting as leadership (Smallwood) – all aforementioned except myself being of color and clearly African American. Interim Provost Smallwood among other functions was to approve our timesheets. In October 2022, Smallwood neglected to approve my timesheet causing my payroll to be missed. I was forced to accept a "sub-pay option" in order to be able to pay my bills; however, because this came with extraneous exemptions I never received my full pay (short a significant amount). Smallwood apologized; however, I was never reimbursed. I reported the event to Human Resources and Payroll.

On Thursday, December 15th, 2022, Interim Provost Smallwood announced a permanent hire had been made to the OARS Department - the only other temp employee in the OARS Department employed in the same capacity as I was (Access Coordinator). The individual hired to the permanent position happened to be African American and male. Prior to this and following the time of my hire as a temporary employee, I myself had applied for the permanent position; however, never received acknowledgement of my application nor any word in response to my application despite several attempts on my part either by email or phone in my attempts to follow up on the position. I emailed to inquire if there would be another permanent hire. Smallwood neither responded nor acknowledged my voicemail or email.

The next week I received a circular email addressed to all auxiliary employees at NCA&T notifying of a holiday bonus which was to have been added to the prior week's payroll and for which I was qualified. I noted that I had not received the holiday bonus marked for temporary employees. On December 20th, 2022, I received an office email notifying that our keys and all work issued apparatuses be returned before the holiday break. I responded to ask whether I was to leave the door unlocked. Smallwood responded to "leave the keys inside and the door locked." I asked whether there was problem as I had never been reprimanded nor had I been put on notice at any point in my employment and, in fact, had only received positive feedback. Smallwood responded that he was "busy" and if I wanted a discussion, I should make an appointment the next day. I did so. Fifteen minutes later, Smallwood was at my office door, out of breath and acting strangely, informing that "we can have that discussion now" and that "this temporary position is no longer needed" - "no discussion." I left the office immediately and contacted Human

Resources.

I assert that this individual (Smallwood) along with others acted directly and indirectly with malice and discriminatorily to short me for services rendered, including my holiday bonus (which should have been paid the pay period prior to my having been terminated and before the holidays, and which was eventually received after the holidays on January 13th only because I contacted Human Resources on December 20th to ask why my holiday bonus had not been paid to me. I was told at the time that some employees "fell between the cracks." I herewith also assert that this individual (Smallwood) and others unfairly and discriminatorily terminated my employment on the basis of my race, gender, age – as I was clearly the only White employee in the OARS Department - as well as for other possible unknown or nefarious reasons.

*[signature]*

Jasmine Golden, MA
1800 Trogdon Street
Greensboro, NC 27403
Phone: (336) 447-0921
Email: jegolden@uncg.edu