IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JASMINE E. GOLDEN,                    )
                                      )
                 Plaintiff,           )
                                      )
       v.                             )      1:23CV381
                                      )
NORTH CAROLINA AGRICULTURE AND        )
TECHNICAL UNIVERSITY,                 )
                                      )
                 Defendants.          )
```

### JUDGMENT

On January 29, 2024, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that the instant Motion (Doc. 5) is GRANTED IN PART in that Plaintiff's federal claims are DISMISSED under Federal Rule of Civil Procedure 12(b)(6) and Plaintiff's state claims are DISMISSED without prejudice under 28 U.S.C. § 1367(c)(3).

                                                /s/   Thomas D. Schroeder
                                                United States District Judge

February 21, 2024