FILED: July 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1628
(1:23-cv-00381-TDS-LPA)

_____

JASMINE E. GOLDEN

       Plaintiff - Appellant

v.

NORTH CAROLINA AGRICULTURAL AND TECHNICAL STATE UNIVERSITY

       Defendant - Appellee

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk